# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No.—1,527.—WETZSTEIN, APPELLANT, *v.* BOSTON & MONTANA CONSOL. C. & S. MINING CO., RESPONDENT.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

On motion to dismiss appeal.

Decided April 15, 1903.

PER CURIAM.—Upon motion of the appellant herein this appeal is dismissed at the cost of appellant.

*Messrs. McHatton & Cotter,* for Appellant.

*Messrs. Forbis & Evans,* for Respondent.